The Honorable Judge Karen Overstreet
Chapter 13
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT MARYSVILLE

IN RE:

IHAB BOUANANI and
HOURIA BOUANANI

Debtor(s).

Chapter 13
No. 13-11793-KAO

EX PARTE APPLICATION TO
EMPLOY KATHERINE J. SCARCLIFF
AS DEBTORS' SPECIAL COUNSEL

Ihab Bouanani and Houria Bouanani, the debtors in this Chapter 13 case ("Debtors"), apply to the Court for an order approving the employment of Attorney Katherine J. Scarcliff ("Ms. Scarcliff") as special counsel for Debtors. Debtors make this application under section 327 of the United States Bankruptcy Code (the "Code"), and Fed. R. Bankr. P. 2014. In support of the application, Debtors state as follows:

1. Debtors filed a Chapter 13 petition on February 28, 2013.

2. Debtor Ihab Bouanani has a claim involving a personal injury case that occurred on or about January 25, 2013.

EX PARTE APPLICATION TO EMPLOY
KATHERINE SCARCLIFF AS DEBTORS'
SPECIAL COUNSEL.- 1

ANTOINETTE M. DAVIS LAW, PLLC
528 Third Avenue West, Suite 102
Seattle, Washington 98119
206-486-1011 – Main
206-905-5910 - Fax

Case 13-11793-MLB    Doc 32    Filed 07/11/13    Ent. 07/11/13 14:26:21    Pg. 1 of 2

3. When the bankruptcy case was filed, Katherine J. Scarcliff represented Mr. Bouanani in a claim for damages resulting from a low impact automobile collision which occurred on or about January 25, 2013 where Mr. Bouanani sustained minimal personal injuries. At the time of the bankruptcy filing, no lawsuit had been filed.

4. Employment of special counsel is warranted under the circumstances of this case. The services to be performed are necessary to enable the Debtors to successfully prosecute the personal injury action.

5. Debtors have selected Katherine J. Scarcliff because of her experience in the area of personal injury.

6. To the best of the Debtors' knowledge, Katherine J. Scarcliff has no connection with the creditors, or any parties in interest, or their respective attorneys.

7. The Declaration of Katherine J. Scarcliff dated June 25th 2013 is attached.

8. Debtors have agreed to compensate Ms. Scarcliff on a contingency fee basis, in accordance with the Contingent Fee Agreement attached to the Declaration of Ms. Scarcliff as Exhibit A.

9. For the reasons stated in this Application, Debtors request that the Court enter an order authorizing them to employ Katherine J. Scarcliff as special counsel in this Chapter 13 case.

DATED this 28th day of June, 2013

Respectfully submitted:

*Ihab Bouanani*
Ihab Bouanani, Debtor

EX PARTE APPLICATION TO EMPLOY
KATHERINE SCARCLIFF AS DEBTORS'
SPECIAL COUNSEL.- 2

ANTOINETTE M. DAVIS LAW, PLLC
528 Third Avenue West, Suite 102
Seattle, Washington 98119
206-486-1011 – Main
206-905-5910 - Fax

Case 13-11793-MLB    Doc 32    Filed 07/11/13    Ent. 07/11/13 14:26:21    Pg. 2 of 2