**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT MARYSVILLE

| | |
|---|---|
| IN RE:<br><br>IHAB BOUANANI and<br>HOURIA BOUANANI<br><br>    Debtor(s). | Chapter 13<br>No.  13-11793-KAO<br><br>ORDER APPROVING ACCEPTANCE<br>OF AND DISTRIBUTION OF<br>SETTLEMENT FUNDS |

    THIS MATTER came before the Court on Debtor's Motion to for Order Approving Proposed Settlement and Distribution of Proceeds from Personal Injury Action Pursuant to FRBP 9019  (the "Motion") filed by Ihab Bouanani and Houria Bouanani, ("Debtors"), the debtors in this Chapter 13 case.  The Court has reviewed the Motion, and the accompanying Declaration of Ihab Bouanani and attached exhibits.  The Court finds that the agreed settlement and the Debtor's proposed distribution of settlement proceeds is acceptable .

ORDER APPROVING ACCEPTANCE
OF AND DISTRIBUTION OF
SETTLEMENT FUNDS.- 1

**ANTOINETTE M. DAVIS LAW, PLLC**
528 Third Avenue West, Suite 102
Seattle, Washington 98119
206-486-1011 – Main
206-905-5910 - Fax

Now, therefore,

IT IS HEREBY ORDERED that the proceeds from settlement shall be distributed as set forth under the terms in the underlying Motion is approved.

//END ORDER//

Presented by:

IHAB BOUANANI

By  */s/ Ihab Bouanani*
   IHAB BOUANANI
   Debtor

ORDER APPROVING ACCEPTANCE
OF AND DISTRIBUTION OF
SETTLEMENT FUNDS.- 2

**ANTOINETTE M. DAVIS LAW, PLLC**
528 Third Avenue West, Suite 102
Seattle, Washington 98119
206-486-1011 – Main
206-905-5910 - Fax